**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED REFINING COMPANY INCENTIVE SAVINGS PLAN FOR HOURLY EMPLOYEES and ROBERT KAEMMERER, in his capacity as Plan Administrator, | ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 1:12-cv-238 |
| | ) | Judge Nora Barry Fischer |
| v. | ) ) | |
| DALLAS Q. MORRISON, an individual, and MARK WILLIAM PRATT, an individual, | ) ) ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 22nd day of November, 2013, in accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Defendant Mark William Pratt's Cross Motion for Summary Judgment (ECF No. 33) is GRANTED;

2. Defendant Dallas Q. Morrison's Motion for Summary Judgment (ECF No. 15) is DENIED;

3. JUDGMENT is hereby entered in favor of Defendant, Mark William Pratt and against Defendant Dallas Q. Morrison, with respect to all right, title and interest as the beneficiary in the account of James Jacobs with the United Refining Company Incentive Plan for Hourly Employees.

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: All counsel of record.